**Fill in this information to identify the case:**

Debtor name __Sotera Wireless, Inc._____

United States Bankruptcy Court for the: __San Diego_____ District of __California__
                                                                            (State)

Case number (If known): ____16-5968_____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cooley LLP<br>101 California Street<br>San Francisco, CA 94111 | Accounts Payable<br>415-693-2000 | Legal services | | | | 725,064.68 |
| 2 | Zhonghuan Hi-Tech Corp.<br>2901 Tasman Dr., Suite 107<br>Santa Clara, CA 92054 | Accounts Payable<br>408-799-4091<br>junguo.huang@gmail.com | Inventory supplier | | | | 356,436.85 |
| 3 | Nortech Systems, Inc.<br>NW 7791 PO Box 1450<br>Minneapolis, MN 55485 | Accounts Payable<br>218-444-0110 | Inventory supplier | | | | 283,459.21 |
| 4 | Extension LLC<br>1950 West Cook Road, Suite 101<br>Fort Wayne, IN 46818 | Accounts Payable<br>877-207-3753<br>accounting@extension | Software re-seller fees | | | | 181,780.00 |
| 5 | Gibson, Dunn & Crutcher LLP<br>PO Box 840723<br>Los Angeles, CA 90084 | Jane Chun<br>213-229-7333<br>cbilling@gibsondunn.com | Legal services | | | | 126,056.92 |
| 6 | Bienert, Miller & Katzman<br>903 Calle Amanecer Ste 350<br>San Clemente, CA 92673 | Accounts Payable<br>949-369-3700 | Legal services | | | | 110,705.50 |
| 7 | G&I VIII Sorrento LP<br>PO Box 844967<br>Los Angeles, CA 90084 | Accounts Payable<br>858-546-5493 | Rent | | | | 58,859.16 |
| 8 | Novasyte LLC<br>3207 Grey Hawk Ct. #100<br>Carlsbad, CA 92010 | Accounts Payable<br>760-456-5231 | Contract employee provider | | | | 39,702.05 |

Debtor  Sotera Wireless, Inc.          Case number (*if known*)  16-5968

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | OSI Optoelectronics, Inc. File 16383/Chicago Lockbox 16383 Collections Center Dr. | Accounts Payable 310-978-0516 | Inventory provider | | | | 38,506.13 |
| 10 | Integrity Global Services, Inc. 6755 Mira Mesa Blvd. San Diego, CA 92121 | Accounts Payable 858-337-7098 | Software coding services | | | | 35,496.00 |
| 11 | Molex PO Box 101853 Atlanta, GA 30392 | Accounts Payable 630-969-4550 | Inventory provider | | | | 34,387.27 |
| 12 | University of Washington Grant & Contract Accounting Box 354966 Seattle, WA 98195 | Accounts Payable 206-616-9995 gcahelp@uw.edu | Contract employee provider | | | | 33,010.44 |
| 13 | TargetCW 9475 Chesapeake Drive San Diego, CA 92123 | Accounts Payable 858-810-3000 payments@targetcw.com | Temporary employees | | | | 29,509.05 |
| 14 | Regain Biotech Corp. 15f, 207-1, Beixin Rd., Sec. 3 New Taipei City, 231 TW | Accounts Payable 886-289131168 | Distributor | | | | 23,751.00 |
| 15 | Amazon Web Services, Inc. PO Box 84023 Seattle, WA 98124 | aws.amazon.com/contact-us/ | Cloud services | | | | 16,879.90 |
| 16 | Acuity Law Group 14677 Via Bettona, Suite 110 #201 San Diego, CA 92127 | Michael Whittaker 619-203-3186 | Legal services for IP | | | | 15,731.50 |
| 17 | JOT Automation 10413 Torre Ave Cupertino, CA 95014 | Accounts Payable 858-255-8808 | Test fixture | | | | 14,246.00 |
| 18 | US Micro Products 6207 Bee Caves Road, Suite 330 Austin, TX 78746 | Accounts Payable 512-385-9000 | Inventory provider | | | | 11,650.00 |
| 19 | Custom Converting, Inc. 2625 Temple Heights Drive Oceanside, CA 92056 | Accounts Payable 760-724-0664 | Inventory provider | | | | 11,468.76 |
| 20 | Promenade Software 16 Technology Drive, Suite 100 Irvine, CA 92121 | Accounts Payable 949-466-1077 | Engineering services | | | | 9,776.00 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 2