VICTOR A. VILAPLANA (CA BAR NO. 58535)
vavilaplana@foley.com
MARSHALL J. HOGAN (CA BAR NO. 286147)
mhogan@foley.com
**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SOTERA WIRELESS, INC.,<br><br>DEBTOR.<br><br>SOTERA WIRELESS, INC.,<br>CASE NO. 16-05968-LT11<br><br>SOTERA RESEARCH, INC.,<br>CASE NO. 16-05969-LT11 | LEAD CASE NO. 16-05968-LT11<br><br>CHAPTER 11<br><br>(JOINTLY ADMINISTERED)<br><br>**JOINT STIPULATION TO CONTINUE FINAL HEARING ON DEBTORS' FIRST DAY MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. 363**<br><br>Date: October 17, 2016<br>Time: 10:00 a.m. |

This Joint Stipulation to Continue Final Hearing on Debtors' First Day Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. 363 (the "Stipulation") is entered into between the jointly administered debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") and Oxford Finance, LLC and Silicon Valley Bank (collectively, the "Lenders," together with the Debtors, the "Parties").

### RECITALS

1. On September 30, 2016 (the "Petition Date"), Debtors commenced the above-captioned chapter 11 cases (the "Chapter 11 cases") by filing voluntary

4851-8489-5034.1

petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of California.

2. On September 30, 2016, the Debtors filed their First Day Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. 363 [Dkt. No. 7] (the "Motion").

3. On October 7, 2016, the Bankruptcy Court issued an interim order approving the Debtors' use of cash collateral on an interim basis [Dkt. No. 43] (the "Interim Order").

4. On October 12, 2016, the Bankruptcy Court issued its Minute Order and Notice of Change in Time Fixed Hearing regarding the Motion and set the final hearing on the Motion for October 13, 2016 at 3:30 pm. (the "Hearing")

5. Due to continued negotiations of the Parties over the terms of the final cash collateral order, the Parties have agreed that the Hearing should be continued to Monday, October 17, 2016 at 10:00 am.

WHEREFORE, the Parties hereby stipulate and agree as follows:

## STIPULATION

1. Upon approval of this Stipulation or as ordered by the Bankruptcy Court, the Hearing currently scheduled for October 13, 2016 at 3:30 pm shall be continued to October 17, 2016 at 10:00 a.m. in Courtroom 3, Room 129, Weinberger Courthouse before the Honorable Laura S. Taylor.

2. The deadline for the Debtors' authorization to use cash collateral will expire on Monday, October 17, 2016 at 5:00 pm unless otherwise agreed by the Parties or ordered by the Bankruptcy Court.

3. Except as expressly modified herein, the Interim Order remains fully enforceable in accordance with its terms.

4. This Order is without prejudice to the Parties requesting further continuance of the Hearing.

IN WITNESS WHEREOF, the Parties hereto have caused this Stipulation to be duly executed by their respective authorized signatories.

DATE: OCTOBER 13, 2016                     **FOLEY & LARDNER LLP**

                                           BY: /s/ Marshall J. Hogan
                                           _____
                                           MARSHALL J. HOGAN

                                           PROPOSED ATTORNEYS FOR
                                           DEBTORS AND DEBTORS-IN-
                                           POSSESSION

DATE: OCTOBER 13, 2016                     **DLA PIPER LLP (US)**

                                           BY: _____
                                           TROY ZANDER

                                           DLA PIPER LLP (US)
                                           2000 AVENUE OF THE STARTS
                                           SUITE 400 NORTH TOWER
                                           LOS ANGELES, CA 90067-4704
                                           TELEPHONE: 310.595.3000
                                           FACSIMILE: 310.595.3300

                                           COUNSEL FOR OXFORD FINANCE,
                                           LLC AND SILICON VALLEY BANK

4851-8489-5034.1

3