# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SOTERA WIRELESS<br><br>Debtor. | Chapter 11<br>Case No. 16-05968<br>Jointly Administered |

## REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

PLEASE TAKE NOTICE that TriNet Group, Inc, and its subsidiaries, ("TriNet"), hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Shawn M. Christianson, Esq.
> Buchalter Nemer, A Professional Corporation
> 55 Second Street, 17th Floor
> San Francisco, California 94105-3493
> Telephone:    (415) 227-0900
> Facsimile:    (415) 227-0770
> schristianson@buchalter.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive TriNet's: (i) right(s) to have all core matters subject to Article III jurisdiction heard and decided by a district judge; (ii) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (iii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iv) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (v) other rights, claims, actions, defenses, setoffs or recoupments to which TriNet are, or may be, entitled under agreements, in

-1-

law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: October 13, 2015

BUCHALTER NEMER,
A Professional Corporation

By: /s/ Shawn M. Christianson

Shawn M. Christianson, Esq.
55 Second Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 227-0900
Facsimile: (415) 227-0770

Attorneys for Creditors, TriNet

BN 19024028V1

**In re: Sotera**
**Case No.** 16-05968

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at Buchalter Nemer, A Professional Corporation, 55 Second Street, 17th Floor, San Francisco, California 94105.

On **October 17, 2016,** I served the foregoing document described as:

### REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:** The foregoing documents will be served by the court via email and hyperlink to the document. On **October 17, 2016,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the persons listed above are on the Electronic Mail Notice List to receive email notice/service for this case at the email addresses stated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on **October 17, 2015** at San Francisco, California.

_/s/ Jordana Better_
Jordana Better