Gerald P. Kennedy (Bar No. 105887)
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Creditor
NORTECH SYSTEMS, INC.

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| In re: | Lead Case No. 16-05968-LT11 |
|---|---|
| SOTERA WIRELESS, INC., | Chapter 11 |
| Debtor | (Jointly Administered) |
| SOTERA WIRELESS, INC., Case No. 16-05968-LT11, | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |
| SOTERA RESEARCH, INC., Case No. 16-05969-LT11, | |

**PLEASE TAKE NOTICE** that **Creditor NORTECH SYSTEMS, INC.**, by its attorneys, **PROCOPIO, CORY, HARGREAVES & SAVITCH LLP**, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010, and Sections 102(1), 342 and 1109 (b) of the Bankruptcy Code, and requests that copies of all notices and pleadings given, filed, or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

Procopio, Cory, Hargreaves & Savitch LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: (619) 238-1900
Facsimile: (619) 235-0398

---

1                                                                CASE NO. 16-05968-LT11 1

Email: gerald.kennedy@procopio.com
Attn: Gerald P. Kennedy, Esq.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motions, petitions, pleadings, requests, complaints, demands, disclosure statements, plans of reorganization, and answering or reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to recoupments to which the Landlord is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: October 18, 2016                PROCOPIO, CORY, HARGREAVES &
                                        SAVITCH LLP


                                        By:  /s/ Gerald P. Kennedy
                                           Gerald P. Kennedy
                                           Attorney for Creditor
                                           NORTECH SYSTEMS, INC.