HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SOTERA WIRELESS, INC.,<br><br>         Debtor.<br><br>SOTERA WIRELESS, INC.,<br>Case No. 16-05968-LT11<br><br>SOTERA RESEARCH, INC.,<br>Case No. 16-05969-LT11 | Lead Case No. 16-05968-LT11<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR SOTERA WIRELESS, INC.** |

Pursuant to 11 U.S.C. §1102, the Acting United States Trustee (the "United States Trustee") hereby appoints the following members to serve on the Official Committee of Unsecured Creditors:

///

///

| **CREDITOR** | **REPRESENTATIVE** |
|---|---|
| ZhongHuan Hi-Tech Corp.<br>2901 Tasman Dr., Suite 107<br>Santa Clara, CA 92054 | Junguo (Jason) Huang<br>(408) 799-4091 |
| Nortech Systems, Inc. NW<br>7550 Meridan Circle N. #150<br>Maple Grove, MN 55369 | Paula Graff<br>(952) 345-2263 |
| Custom Converting, Inc.<br>2625 Temple Heights Dr., Suite C<br>Oceanside, CA 92056 | Tresa Gliponeo<br>(760) 724-0664 |

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: October 20, 2016       By:   /s/ Haeji Hong
                                    Haeji Hong
                                    Trial Attorney for the
                                    Acting United States Trustee