# SCHEDULE A

SCHEDULE A
TO DISCLOSURE STATEMENT

| HOLDERS OF TRADE AND SERVICE PROVIDER CLAIMS ||
|---|---|
| Acuity Law Group | G&I VIII Sorrento LP |
| Ada Holyfield | Global Healthcare Exchange LLC |
| Alex Machine | GreatAmerica Financial Services Corp. |
| Alexander's mobility Services | Greg Ebel |
| All Flex, Inc. | Growing Roots La Jolla |
| Amanda Lynn Hawks | GSG Printing, Inc. |
| Amazon Web Services Inc. | Hi-Tech Products |
| American Cloud Consulting | ImagiLearning, Inc. |
| Anmar Metrology, Inc. | Integrity Global Services, Inc. |
| Antonio Felan | Interactive Display Solutions |
| Aztec Global Solutions, Inc. | Iron Mountain |
| Barbara B. Bell | Jackson & Blanc |
| BMT Leasing, Inc. | JOT Automation |
| Brandyn Foust | Katlyn Kiger |
| Bryn Mawr Equipment Finance, Inc. | Kelby Lomax |
| Cables and Sensors | Lucy Yang |
| Catherine Kelly | Marshall's Industrial |
| CDW | McKesson Medial Surgical |
| Cerner Corporation | McMaster-Carr |
| Charter Communications | Melissa Kuczik |
| Chemsearch | Melvina Dartez |
| Cintas Corporation | Molex |
| Circuit Technology Center, Inc. | Morse-Barnes |
| CIT Finance LLC | MRC Smart Technology |
| Coffee Ambassador | Nadine Padilla LLC |
| Concur Technologies, Inc. | National Instruments |
| Conferencecall.com | NetScout Systems, Inc. |
| Cooley LLP | Nickolas Widener |
| Cox CommSD | Nissen Building Apartments |
| CTE Systems , Inc. | Nordson EFD |
| Custom Converting | Nortech Systems |
| De Lage Landen Financial Services, Inc. | Novasyte |
| Deloitte & Touche LLP | Office Depot |
| DHL Express USA | Olcott International |
| Digi-Key Corporation | OSI Optoelectronics, Inc. |
| Duane Tinch | ParkerWhite Brand Interactive |
| Employment Contractor Services | Pitney Bowes |
| Extension LLC | Prepress Supply Inc. |
| Federal Insurance Insurance Company | Priority Building Services, LLC |
| FedEx | Promenade Software |
| Fluke Electronics, Inc. | Provectus IT, Inc. |
| Focus Communications, Inc. | QualStaff Resources |

SCHEDULE A
TO DISCLOSURE STATEMENT

| HOLDERS OF TRADE AND SERVICE PROVIDER CLAIMS | |
| --- | --- |
| Richard Pulliam | |
| Ryan Gundrum | |
| Sage Analytical Lab, LLC | |
| Scott Simon | |
| Shred-it USA LLC | |
| Southwest Prototype | |
| Steven Label Corporation | |
| TargetCW | |
| Taylor Rose Bell | |
| TekWorks, Inc. | |
| Terrese Price | |
| Tom Melba | |
| Tonya Judson | |
| TriNet Group, Inc. | |
| ULINE, Inc. | |
| University of Washington | |
| US Bank Equipment Finance | |
| US HealthWorks, Inc. | |
| US Micro Products | |
| Verizon | |
| Virginia Bizzell Burkhead | |
| Westfield Unified Comm. Servcs. Inc. | |
| William J. Burris | |
| Worldwide Express, Inc. | |
| XO Communications, Inc. | |
| Zhonghuan HI-Tech Corporation | |
| Zuza | |

2