# EXHIBIT B

Exhibit B

**Sotera Wireless, Inc.**

Balance Sheet - December 31, 2016

*(unaudited, subject to adjustment)*

| $ thousands | Dec 2016 |
|---|---:|
| Cash/Investments | $ 1,796 |
| A/R - trade, net | $ 1,660 |
| Inventory | $ 1,864 |
| Prepaids/deposits/other | $ 1,579 |
| Total current assets | $ 6,899 |
| | |
| Fixed assets, net | $ 1,689 |
| Other long-term assets | $ 1,952 |
| Total assets | $ 10,540 |
| | |
| Accounts payable | $ 2,584 |
| Accrued expenses | $ 1,671 |
| Deferred revenue | $ 5,391 |
| Other current liabilities | $ 431 |
| DIP - Loan | $ 1,250 |
| Bank debt - current | $ 13,861 |
| Total current liabilities | $ 25,188 |
| | |
| Deferrred revenue | $ 2,777 |
| Other long-term liabilities | $ 885 |
| Total liabilities | $ 28,850 |
| | |
| Common/Preferred Stock | $ 129,482 |
| Retained earnings | $ (147,792) |
| Shareholders' equity (deficit) | $ (18,310) |
| | |
| Total liabilities/equity(deficit) | $ 10,540 |

Exhibit B

**Sotera Wireless, Inc.**

Statement of Operations - Full Year 2016

*(unaudited, subject to adjustment)*

| $ thousands | 2016 |
|---|---:|
| Revenues | $ 3,688 |
| Cost of goods/services | $ 8,922 |
| Gross profit | $ (5,234) |
| | |
| Operating Expenses: | |
| Employee expenses | $ 10,656 |
| Supplies/office/admin. | $ 797 |
| Travel/entertainment | $ 721 |
| Consultants/outside services | $ 4,535 |
| Product development | $ 242 |
| Facilities/equipment/allocations | $ 1,210 |
| Total OPEX | $ 18,161 |
| | |
| Operating Loss | $ (23,395) |
| Interest/Taxes | $ (1,605) |
| Net Loss | $ (25,000) |

Exhibit B

**Sotera Wireless, Inc.**
Statement of Cash Flows - Full Year 2016
*(unaudited, subject to adjustment)*

| *$ thousands* | 2016 |
|---|---|
| Beginning cash/investments | $ 18,432 |
| | |
| Net loss | $ (25,000) |
| Depreciation/Amortization | $ 1,450 |
| Loss on disposal of property, net | $ 28 |
| Stock-based compensation | $ 167 |
| | |
| **Changes in working capital:** | |
| Accounts receivable | $ (71) |
| Inventory | $ 626 |
| Prepaids/other current assets | $ (896) |
| Accounts payable | $ 2,091 |
| Accrued expenses | $ (434) |
| Deferred revenues/other liabilities | $ 4,672 |
| Operating cash outflows | $ (17,367) |
| | |
| **Investment activities:** | |
| CAPEX | $ 156 |
| Cash flows from investing | $ 156 |
| | |
| **Financing activities:** | |
| Principal repayments | $ (5,709) |
| DIP Loan Borrowing | $ 1,250 |
| Issuance of stock | $ 5,034 |
| Cash flows from financing | $ 575 |
| | |
| **Total change in cash/investments** | $ (16,636) |
| | |
| **Ending cash/investments** | $ 1,796 |

Exhibit B

**Sotera Wireless, Inc.**
**Pro Forma Balance Sheet**
**12/31/2016**
*($ thousands)*

| | Actual as of 12/31/2016 | Description | Adjustment | Pro Forma as of 4/15/2017 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash | $ 1,796 | Sale of Reflectance Medical assets | $ 575 | $ 23,703 |
| | | Series A Preferred proceeds, net of cash use through 4/15/2017 | $ 21,750 | |
| | | Pay off of existing bank debt | $ (13,861) | |
| | | Proceeds from new debt | $ 20,000 | |
| | | Bank fees/accrued interest/investment banker fees/legal fees | $ (4,057) | |
| | | Settlement of pre-petition unsecured creditors | $ (2,500) | |
| Accounts receivable, net | $ 1,660 | | | $ 1,660 |
| Inventory | $ 1,864 | | | $ 1,864 |
| Prepaids, deferred COGS, other current assets | $ 1,579 | | | $ 1,579 |
| Total current assets | $ 6,899 | | | $ 28,806 |
| Fixed assets, net | $ 1,689 | | | $ 1,689 |
| Intangible assets, net | $ 1,952 | Sale of Reflectance Medical assets | $ (1,898) | $ 54 |
| **Total assets** | $ 10,540 | | | $ 30,549 |
| **Liabilities** | | | | |
| Accounts payable | $ 2,584 | Settlement of pre-petition unsecured creditors | $ 2,500 | $ 84 |
| Accrued expenses | $ 1,671 | | | $ 1,671 |
| Deferred revenue - current | $ 5,391 | | | $ 5,391 |
| Other current liabilities | $ 431 | | | $ 431 |
| DIP loan | $ 1,250 | Conversion of DIP loan to equity | $ 1,250 | $ - |
| Bank debt, including back-end fee | $ 13,861 | Pay-off of existing bank debt | $ 13,861 | $ 20,000 |
| | | New debt | $ (20,000) | |
| Total current liabilities | $ 25,188 | | | $ 27,577 |
| Deferred revenue - long-term | $ 2,777 | | | $ 2,777 |
| Other long-term liabilities | $ 885 | | | $ 885 |
| **Total Liabilities** | $ 28,850 | | | $ 31,239 |
| **Shareholders' Equity (Deficit)** | | | | |
| Paid in capital | $ 129,482 | DIP loan conversion/New Series A Preferred | $ (30,000) | $ 159,482 |
| Accumulated deficit | $ (147,792) | Loss on sale of Reflectance Medical assets, expenses | $ 1,323 | $ (160,172) |
| | | Bank fees/accrued interest/investment banker fees/legal fees | $ 4,057 | |
| | | Losses through 4/15/2017 | $ 7,000 | |
| Shareholders' equity (deficit) | $ (18,310) | | | $ (690) |
| **Total liabilities/shareholders' equity (deficit)** | $ 10,540 | | $ - | $ 30,549 |