# EXHIBIT C

000088

Exhibit C

**Detail Cash Flow**
2017 - 2018 Budget
Updated 1-25-2017

| | | | | | | 2017 Forecast | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | FY |
| **Cash basis OPEX** | | | | | | | | | | | | | |
| Employee expenses | $ 990,000 | $ 710,000 | $ 710,000 | $ 833,750 | $ 833,750 | $ 820,750 | $ 927,500 | $ 916,500 | $ 916,500 | $ 913,500 | $ 923,500 | $ 923,500 | $ 10,419,250 |
| Office and Supplies | 35,000 | 35,000 | 35,000 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 37,500 | 442,500 |
| Travel | 40,000 | 40,000 | 40,000 | 40,000 | 45,000 | 45,000 | 45,000 | 45,000 | 50,000 | 50,000 | 50,000 | 50,000 | 540,000 |
| Legal Fees - total | 1,085,250 | 1,085,250 | 1,132,200 | 110,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 3,692,700 |
| Professional/Audit Fees - total | 67,900 | 60,400 | 60,400 | - | 75,000 | - | 75,000 | - | - | - | - | - | 338,700 |
| Outside Services | 100,000 | 100,000 | 100,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 975,000 |
| Research & Development | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 216,000 |
| Facilities & Equip., net of depreciation | 101,000 | 110,000 | 113,000 | 113,000 | 113,000 | 143,000 | 113,000 | 113,000 | 113,000 | 113,000 | 113,000 | 113,000 | 1,371,000 |
| Military contract billings | (30,000) | (30,000) | (25,000) | (25,000) | (25,000) | (25,000) | - | - | - | - | - | - | (160,000) |
| Total OPEX | $ 2,407,150 | $ 2,128,650 | $ 2,183,600 | $ 1,202,250 | $ 1,207,250 | $ 1,149,250 | $ 1,326,000 | $ 1,240,000 | $ 1,245,000 | $ 1,242,000 | $ 1,252,000 | $ 1,252,000 | $ 17,835,150 |
| **Inventory buys:** | | | | | | | | | | | | | |
| Total Inventory buys | $ 414,560 | $ 410,974 | $ 480,580 | $ 261,030 | $ 266,880 | $ 302,955 | $ 319,302 | $ 323,001 | $ 375,283 | $ 386,132 | $ 396,732 | $ 446,038 | $ 4,383,466 |
| **CAPEX** | | | | | | | | | | | | | |
| Capital purchases | $ 25,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 15,000 | $ 15,000 | $ 235,000 |
| Total CAPEX | $ 25,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 15,000 | $ 15,000 | 235,000 |
| **Gross Burn before Collections** | $ (2,846,710) | $ (2,559,624) | $ (2,684,180) | $ (1,483,280) | $ (1,494,130) | $ (1,472,205) | $ (1,665,302) | $ (1,583,001) | $ (1,640,283) | $ (1,648,132) | $ (1,663,732) | $ (1,713,038) | $ (22,453,616) |
| **Collections** | $ 339,078 | $ 207,825 | $ 288,526 | $ 477,545 | $ 519,182 | $ 1,008,962 | $ 609,221 | $ 448,254 | $ 560,958 | $ 689,382 | $ 799,781 | $ 881,023 | $ 6,829,735 |
| **Net Operational Burn (before financing)** | $ (2,507,632) | $ (2,351,799) | $ (2,395,654) | $ (1,005,735) | $ (974,948) | $ (463,243) | $ (1,056,081) | $ (1,134,747) | $ (1,079,326) | $ (958,750) | $ (863,951) | $ (832,015) | $ (15,623,881) |
| **Debt Financing/Bankruptcy/Legal Activity** | | | | | | | | | | | | | |
| Unsecured creditors settlement | $ - | $ - | $ - | $ (2,500,000) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (2,500,000) |
| Refinancing costs/Commitment Fee/Legal | - | - | - | (400,000) | - | - | - | - | - | - | - | - | (400,000) |
| Investment bank fees (Piper Jaffray) | - | - | - | (1,125,000) | - | - | - | - | - | - | - | - | (1,125,000) |
| Debt repayments | - | - | - | (12,680,324) | - | - | - | - | - | - | - | - | (12,680,324) |
| Back-end Fee/Prepayment Fee/Legal Costs | - | - | - | (1,611,891) | - | - | - | - | - | - | - | - | (1,611,891) |
| Accrued/deferred interest | - | - | - | (973,292) | - | - | - | - | - | - | - | - | (973,292) |
| Debt borrowings, including DIP | 2,300,000 | 2,350,000 | 2,350,000 | 20,000,000 | - | - | - | - | - | - | - | - | 27,000,000 |
| DIP conversion | - | - | - | (8,250,000) | - | - | - | - | - | - | - | - | (8,250,000) |
| Net financing cash in (cash out) | $ 2,300,000 | $ 2,350,000 | $ 2,350,000 | $ (7,540,507) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (540,507) |
| **Interest payments** | $ - | $ - | $ - | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 1,200,000 |
| **Equity Funding** | | | | | | | | | | | | | |
| Sale of preferred stock | $ - | $ - | $ - | $ 21,750,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 21,750,000 |
| DIP loan conversion | - | - | - | 8,250,000 | - | - | - | - | - | - | - | - | 8,250,000 |
| | $ - | $ - | $ - | $ 30,000,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 30,000,000 |
| **Total Cash Use/Source** | $ (207,632) | $ (1,799) | $ (45,654) | $ 21,320,425 | $ (1,108,282) | $ (596,577) | $ (1,189,415) | $ (1,268,080) | $ (1,212,659) | $ (1,092,083) | $ (997,285) | $ (965,348) | $ 12,635,612 |
| Beginning cash - all accounts | $ 2,357,926 | $ 2,150,294 | $ 2,148,495 | $ 2,382,841 | $ 23,703,266 | $ 22,594,984 | $ 21,998,408 | $ 20,808,993 | $ 19,540,913 | $ 18,328,254 | $ 17,236,171 | $ 16,238,886 | $ 2,357,926 |
| Less restricted cash at SVB | (414,244) | (414,244) | (414,244) | - | - | - | - | - | - | - | - | - | - |
| **Ending cash - all accounts** | $ 1,736,050 | $ 1,734,251 | $ 1,688,597 | $ 23,703,266 | $ 22,594,984 | $ 21,998,408 | $ 20,808,993 | $ 19,540,913 | $ 18,328,254 | $ 17,236,171 | $ 16,238,886 | $ 15,273,538 | $ 14,993,538 |

Exhibit C

000089

Exhibit C

**Detail Cash Flow**
2017 - 2018 Budget
Updated 1-25-2017

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2018 Forecast | | | | | | |
| **Cash basis OPEX** | | | | | | | | | | | | | |
| Employee expenses | $ 932,735 | $ 932,735 | $ 932,735 | $ 942,062 | $ 942,062 | $ 942,062 | $ 951,483 | $ 951,483 | $ 951,483 | $ 951,483 | $ 951,483 | $ 951,483 | $ 11,333,290 |
| Office and Supplies | $ 37,875 | $ 37,875 | $ 37,875 | $ 38,254 | $ 38,254 | $ 38,254 | $ 38,636 | $ 38,636 | $ 38,636 | $ 38,636 | $ 38,636 | $ 38,636 | $ 460,204 |
| Travel | $ 50,500 | $ 50,500 | $ 50,500 | $ 51,005 | $ 51,005 | $ 51,005 | $ 51,515 | $ 51,515 | $ 51,515 | $ 51,515 | $ 51,515 | $ 51,515 | $ 613,605 |
| Legal Fees - total | $ 35,350 | $ 35,350 | $ 35,350 | $ 35,704 | $ 35,704 | $ 35,704 | $ 36,061 | $ 36,061 | $ 36,061 | $ 36,061 | $ 36,061 | $ 36,061 | |
| Professional/Audit Fees - total | $ - | $ - | $ - | $ - | $ - | $ 85,000 | $ - | $ 85,000 | $ - | $ - | $ - | $ - | $ 170,000 |
| Outside Services | $ 75,750 | $ 75,750 | $ 75,750 | $ 76,508 | $ 76,508 | $ 76,508 | $ 77,273 | $ 77,273 | $ 77,273 | $ 77,273 | $ 77,273 | $ 77,273 | $ 920,408 |
| Research & Development | $ 18,180 | $ 18,180 | $ 18,180 | $ 18,362 | $ 18,362 | $ 18,362 | $ 18,545 | $ 18,545 | $ 18,545 | $ 18,545 | $ 18,545 | $ 18,545 | $ 220,898 |
| Facilities & Equip., net of depreciation | $ 114,130 | $ 114,130 | $ 114,130 | $ 115,271 | $ 115,271 | $ 115,271 | $ 116,424 | $ 116,424 | $ 116,424 | $ 116,424 | $ 116,424 | $ 116,424 | $ 1,386,748 |
| Military contract billings | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total OPEX | $ 1,264,520 | $ 1,264,520 | $ 1,264,520 | $ 1,277,165 | $ 1,362,165 | $ 1,277,165 | $ 1,374,937 | $ 1,289,937 | $ 1,289,937 | $ 1,289,937 | $ 1,289,937 | $ 1,289,937 | $ 15,105,153 |
| **Inventory buys:** | | | | | | | | | | | | | |
| Total Inventory buys | $ 310,465 | $ 320,839 | $ 362,341 | $ 332,488 | $ 340,725 | $ 381,524 | $ 396,332 | $ 432,143 | $ 534,823 | $ 462,852 | $ 464,800 | $ 608,089 | $ 4,947,420 |
| **CAPEX** | | | | | | | | | | | | | |
| Capital purchases | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 16,667 | $ 16,667 | $ 16,666 | $ 275,000 |
| Total CAPEX | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 16,667 | $ 16,667 | $ 16,666 | $ 275,000 |
| **Gross Burn before Collections** | $ (1,599,985) | $ (1,610,359) | $ (1,651,861) | $ (1,634,653) | $ (1,727,890) | $ (1,683,689) | $ (1,796,269) | $ (1,747,080) | $ (1,849,759) | $ (1,769,456) | $ (1,771,404) | $ (1,914,691) | $ (20,327,573) |
| **Collections** | $ 1,147,732 | $ 1,195,544 | $ 1,212,742 | $ 1,243,858 | $ 1,291,604 | $ 1,358,294 | $ 1,648,855 | $ 1,775,493 | $ 1,702,475 | $ 1,881,951 | $ 2,016,208 | $ 2,081,747 | $ 18,556,502 |
| **Net Operational Burn (before financing)** | $ (452,253) | $ (414,815) | $ (439,119) | $ (390,795) | $ (436,287) | $ (325,395) | $ (147,414) | $ 28,413 | $ (147,284) | $ 112,496 | $ 244,804 | $ 167,055 | $ (1,771,071) |
| **Debt Financing/Bankruptcy/Legal Activity** | | | | | | | | | | | | | |
| Unsecured creditors settlement | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Refinancing costs/Commitment Fee/Legal | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Investment bank fees (Piper Jaffray) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Debt repayments | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Back-end Fee/Prepayment Fee/Legal Costs | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Accrued/deferred interest | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Debt borrowings, including DIP | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DIP conversion | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net financing cash in (cash out) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Interest payments** | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 1,600,000 |
| **Equity Funding** | | | | | | | | | | | | | |
| Sale of preferred stock | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DIP loan conversion | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Total Cash Use/Source** | $ (585,586) | $ (548,149) | $ (572,452) | $ (524,129) | $ (569,620) | $ (458,729) | $ (280,747) | $ (104,920) | $ (280,617) | $ (20,837) | $ 111,471 | $ 33,722 | $ (3,371,071) |
| Beginning cash - all accounts | $ 15,273,538 | $ 14,687,952 | $ 14,139,803 | $ 13,567,351 | $ 13,043,222 | $ 12,473,602 | $ 12,014,873 | $ 11,734,126 | $ 11,629,206 | $ 11,348,589 | $ 11,327,751 | $ 11,439,222 | $ 15,273,538 |
| Less restricted cash at SVB | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **Ending cash - all accounts** | $ 14,687,952 | $ 14,139,803 | $ 13,567,351 | $ 13,043,222 | $ 12,473,602 | $ 12,014,873 | $ 11,734,126 | $ 11,629,206 | $ 11,348,589 | $ 11,327,751 | $ 11,439,222 | $ 11,472,944 | $ 11,902,467 |

Exhibit C                                                                                                                                                                                                000090

Exhibit C

**2017 -2018 Statement of Operations Forecast**
GAAP Basis - Unaudited

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2017 Forecast | | | | | | | |
| Revenues - Disposables | $ 103,040 | $ 113,040 | $ 117,920 | $ 124,800 | $ 130,800 | $ 134,800 | $ 139,800 | $ 146,200 | $ 153,700 | $ 163,300 | $ 174,400 | $ 185,600 | $ 1,687,400 |
| Revenues - Equipment/Services | $ - | $ - | $ - | $ - | $ - | $ - | $ 148,500 | $ 207,900 | $ 311,850 | $ 519,750 | $ 534,600 | $ 534,600 | $ 2,257,200 |
| Revenues - Software Amortization - Prior | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 353,340 |
| Revenues - Software Amortization - New | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,375 | $ 3,300 | $ 6,188 | $ 11,000 | $ 15,950 | $ 20,900 | $ 58,713 |
| Revenues - 2016 PO's | $ 97,500 | $ 217,500 | $ 293,535 | $ 120,000 | $ 120,000 | $ 180,750 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,029,285 |
| Total Revenue | $ 229,985 | $ 359,985 | $ 440,900 | $ 274,245 | $ 280,245 | $ 344,995 | $ 319,120 | $ 386,845 | $ 501,183 | $ 723,495 | $ 754,395 | $ 770,545 | $ 5,385,938 |
| COGS - Disposables | $ 97,888 | $ 107,388 | $ 112,024 | $ 118,560 | $ 124,260 | $ 128,060 | $ 132,810 | $ 138,890 | $ 146,015 | $ 155,135 | $ 165,680 | $ 176,320 | $ 1,603,030 |
| COGS - Equipment/SW/Services | $ 48,750 | $ 108,750 | $ 146,768 | $ 60,000 | $ 60,000 | $ 90,375 | $ 119,812 | $ 167,737 | $ 251,606 | $ 419,343 | $ 431,325 | $ 431,325 | $ 2,335,791 |
| Cost of Services - incremental in house | $ 65,048 | $ 65,048 | $ 41,600 | $ 32,221 | $ 15,808 | $ (17,020) | $ (19,364) | $ (19,364) | $ (47,502) | $ (26,399) | $ (26,399) | $ (56,881) | $ 6,796 |
| Cost of Services - incremental external | $ - | $ - | $ - | $ - | $ - | $ 34,039 | $ 38,729 | $ 38,729 | $ 95,004 | $ 52,798 | $ 52,798 | $ 113,763 | $ 425,859 |
| COGS - Scrap/Obsolesc./rework/Warranty | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 300,000 |
| Total COGS/COS | $ 236,686 | $ 306,186 | $ 325,392 | $ 235,781 | $ 225,068 | $ 260,455 | $ 296,987 | $ 350,992 | $ 470,123 | $ 625,877 | $ 648,404 | $ 689,526 | $ 4,671,477 |
| Gross profit | $ (6,701) | $ 53,799 | $ 115,508 | $ 38,464 | $ 55,177 | $ 84,540 | $ 22,133 | $ 35,853 | $ 31,059 | $ 97,618 | $ 105,991 | $ 81,019 | $ 714,461 |
| Gross margin | -3% | 15% | 26% | 14% | 20% | 25% | 7% | 9% | 6% | 13% | 14% | 11% | 13% |
| Employee expenses, net | $ 476,045 | $ 476,045 | $ 476,045 | $ 599,795 | $ 599,795 | $ 586,795 | $ 693,545 | $ 682,545 | $ 682,545 | $ 679,545 | $ 689,545 | $ 689,545 | $ 7,331,786 |
| Office and Supplies | $ 35,000 | $ 35,000 | $ 35,000 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 37,500 | $ 442,500 |
| Travel | $ 40,000 | $ 40,000 | $ 40,000 | $ 40,000 | $ 45,000 | $ 45,000 | $ 45,000 | $ 45,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 540,000 |
| Legal Fees - total | $ 1,085,250 | $ 1,085,250 | $ 1,132,200 | $ 110,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 3,692,700 |
| Professional/Audit Fees - total | $ 67,900 | $ 60,400 | $ 60,400 | $ - | $ 75,000 | $ - | $ 75,000 | $ - | $ - | $ - | $ - | $ - | $ 338,700 |
| Outside Services | $ 100,000 | $ 100,000 | $ 100,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 75,000 | $ 975,000 |
| Research & Development | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 18,000 | $ 216,000 |
| Facilities & Equip., net of depreciation | $ 101,000 | $ 110,000 | $ 113,000 | $ 113,000 | $ 113,000 | $ 143,000 | $ 113,000 | $ 113,000 | $ 113,000 | $ 113,000 | $ 113,000 | $ 113,000 | $ 1,371,000 |
| Depreciation | $ 96,321 | $ 96,000 | $ 95,500 | $ 95,000 | $ 94,500 | $ 94,000 | $ 93,500 | $ 93,000 | $ 92,500 | $ 92,000 | $ 91,500 | $ 91,000 | $ 1,124,821 |
| Military contract billings | $ (30,000) | $ (30,000) | $ (25,000) | $ (25,000) | $ (25,000) | $ (25,000) | $ - | $ - | $ - | $ - | $ - | $ - | $ (160,000) |
| Total Operating expenses | $ 1,989,516 | $ 1,990,695 | $ 2,045,145 | $ 1,063,295 | $ 1,067,795 | $ 1,009,295 | $ 1,185,545 | $ 1,099,045 | $ 1,103,545 | $ 1,100,045 | $ 1,109,545 | $ 1,109,045 | $ 15,872,507 |
| Operating profit (loss) | $ (1,996,217) | $ (1,936,896) | $ (1,929,637) | $ (1,024,831) | $ (1,012,617) | $ (924,754) | $ (1,163,412) | $ (1,063,192) | $ (1,072,485) | $ (1,002,427) | $ (1,003,553) | $ (1,028,026) | $ (15,158,046) |
| Interest income | $ - | $ - | $ - | $ - | $ 7,901 | $ 7,532 | $ 7,333 | $ 6,936 | $ 6,514 | $ 6,109 | $ 5,745 | $ 5,413 | $ 53,483 |
| Interest expense | $ 165,549 | $ 185,132 | $ 204,299 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 1,754,979 |
| Other income (expense) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Income (loss) before taxes | $ (2,161,766) | $ (2,122,028) | $ (2,133,935) | $ (1,158,164) | $ (1,138,049) | $ (1,050,556) | $ (1,289,412) | $ (1,189,589) | $ (1,199,305) | $ (1,129,651) | $ (1,131,141) | $ (1,155,946) | $ (16,859,542) |
| Income taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net income (loss) | $ (2,161,766) | $ (2,122,028) | $ (2,133,935) | $ (1,158,164) | $ (1,138,049) | $ (1,050,556) | $ (1,289,412) | $ (1,189,589) | $ (1,199,305) | $ (1,129,651) | $ (1,131,141) | $ (1,155,946) | $ (16,859,542) |

Exhibit C

000091

Exhibit C

**2017 -2018 Statement of Operations Forecast**
GAAP Basis - Unaudited

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 2018 Forecast | | | | | | | |
| Revenues - Disposables | $ 207,900 | $ 218,820 | $ 226,380 | $ 235,200 | $ 243,963 | $ 251,408 | $ 260,095 | $ 270,361 | $ 281,931 | $ 297,841 | $ 314,232 | $ 327,248 | $ 3,135,379 |
| Revenues - Equipment/Services | $ 712,800 | $ 579,150 | $ 579,150 | $ 772,200 | $ 579,150 | $ 579,150 | $ 772,200 | $ 825,000 | $ 975,000 | $ 1,500,000 | $ 1,050,000 | $ 975,000 | $ 9,898,800 |
| Revenues - Software Amortization - Prior | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 29,445 | $ 353,340 |
| Revenues - Software Amortization - New | $ 27,500 | $ 32,863 | $ 38,225 | $ 45,375 | $ 50,738 | $ 56,100 | $ 61,875 | $ 67,589 | $ 73,729 | $ 82,806 | $ 87,578 | $ 91,656 | $ 716,032 |
| Revenues - 2016 PO's | | | | | | | | | | | | | |
| Total Revenue | $ 977,645 | $ 860,278 | $ 873,200 | $ 1,082,220 | $ 903,295 | $ 916,103 | $ 1,123,615 | $ 1,192,395 | $ 1,360,106 | $ 1,910,091 | $ 1,481,255 | $ 1,423,349 | $ 14,103,551 |
| | | | | | | | | | | | | | |
| COGS - Disposables | $ 187,110 | $ 196,938 | $ 203,742 | $ 211,680 | $ 219,566 | $ 226,267 | $ 221,080 | $ 229,807 | $ 239,642 | $ 253,164 | $ 267,097 | $ 278,161 | $ 2,734,255 |
| COGS - Equipment/SW/Services | $ 350,655 | $ 284,907 | $ 284,907 | $ 379,876 | $ 259,006 | $ 259,006 | $ 345,342 | $ 368,955 | $ 436,037 | $ 670,827 | $ 469,579 | $ 436,037 | $ 4,545,133 |
| Cost of Services - incremental in house | $ 2,698 | $ (62,350) | $ (83,134) | $ (88,818) | $ (104,967) | $ (161,488) | $ (113,041) | $ (104,967) | $ (185,711) | $ (121,116) | $ (121,116) | $ (201,860) | $ (1,345,869) |
| Cost of Services - incremental external | $ (4,721) | $ 109,113 | $ 145,484 | $ 155,432 | $ 183,692 | $ 282,603 | $ 169,562 | $ 157,450 | $ 278,566 | $ 181,674 | $ 181,674 | $ 302,789 | $ 2,143,318 |
| COGS - Scrap/Obsolesc./rework/Warranty | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 300,000 |
| Total COGS/COS | $ 560,741 | $ 553,608 | $ 575,999 | $ 683,169 | $ 582,298 | $ 631,389 | $ 647,943 | $ 676,245 | $ 793,535 | $ 1,009,549 | $ 822,234 | $ 840,128 | $ 8,376,838 |
| | | | | | | | | | | | | | |
| Gross profit | $ 416,904 | $ 306,670 | $ 297,201 | $ 399,051 | $ 320,997 | $ 284,714 | $ 475,672 | $ 516,150 | $ 566,571 | $ 900,542 | $ 659,021 | $ 583,221 | $ 5,726,713 |
| *Gross margin* | *43%* | *36%* | *34%* | *37%* | *36%* | *31%* | *42%* | *43%* | *42%* | *47%* | *44%* | *41%* | *41%* |
| | | | | | | | | | | | | | |
| Employee expenses, net | $ 698,780 | $ 698,780 | $ 698,780 | $ 708,107 | $ 708,107 | $ 708,107 | $ 717,528 | $ 717,528 | $ 717,528 | $ 717,528 | $ 717,528 | $ 717,528 | $ 8,525,826 |
| Office and Supplies | $ 37,875 | $ 37,875 | $ 37,875 | $ 38,254 | $ 38,254 | $ 38,254 | $ 38,636 | $ 38,636 | $ 38,636 | $ 38,636 | $ 38,636 | $ 38,636 | $ 460,204 |
| Travel | $ 50,500 | $ 50,500 | $ 50,500 | $ 51,005 | $ 51,005 | $ 51,005 | $ 51,515 | $ 51,515 | $ 51,515 | $ 51,515 | $ 51,515 | $ 51,515 | $ 613,605 |
| Legal Fees - total | $ 35,350 | $ 35,350 | $ 35,350 | $ 35,704 | $ 35,704 | $ 35,704 | $ 36,061 | $ 36,061 | $ 36,061 | $ 36,061 | $ 36,061 | $ 36,061 | $ 429,524 |
| Professional/Audit Fees - total | $ - | $ - | $ - | $ - | $ 85,000 | $ - | $ 85,000 | $ - | $ - | $ - | $ - | $ - | $ 170,000 |
| Outside Services | $ 75,750 | $ 75,750 | $ 75,750 | $ 76,508 | $ 76,508 | $ 76,508 | $ 77,273 | $ 77,273 | $ 77,273 | $ 77,273 | $ 77,273 | $ 77,273 | $ 920,408 |
| Research & Development | $ 18,180 | $ 18,180 | $ 18,180 | $ 18,362 | $ 18,362 | $ 18,362 | $ 18,545 | $ 18,545 | $ 18,545 | $ 18,545 | $ 18,545 | $ 18,545 | $ 220,898 |
| Facilities & Equip., net of depreciation | $ 114,130 | $ 114,130 | $ 114,130 | $ 115,271 | $ 115,271 | $ 115,271 | $ 116,424 | $ 116,424 | $ 116,424 | $ 116,424 | $ 116,424 | $ 116,424 | $ 1,386,748 |
| Depreciation | $ 91,000 | $ 91,000 | $ 90,500 | $ 90,500 | $ 90,000 | $ 90,000 | $ 89,500 | $ 89,500 | $ 89,000 | $ 89,000 | $ 88,500 | $ 88,500 | $ 1,077,000 |
| Military contract billings | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Operating expenses | $ 1,121,565 | $ 1,121,565 | $ 1,121,065 | $ 1,133,710 | $ 1,218,210 | $ 1,133,210 | $ 1,230,482 | $ 1,145,482 | $ 1,144,982 | $ 1,144,982 | $ 1,144,482 | $ 1,144,482 | $ 13,804,213 |
| | | | | | | | | | | | | | |
| Operating profit (loss) | $ (704,661) | $ (814,895) | $ (823,864) | $ (734,659) | $ (897,213) | $ (848,496) | $ (754,810) | $ (629,332) | $ (578,410) | $ (244,439) | $ (485,461) | $ (561,261) | $ (8,077,500) |
| | | | | | | | | | | | | | |
| Interest income | $ 4,896 | $ 4,713 | $ 4,522 | $ 4,348 | $ 4,158 | $ 4,005 | $ 3,911 | $ 3,876 | $ 3,783 | $ 3,776 | $ 3,813 | $ 3,824 | $ 49,626 |
| Interest expense | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 133,333 | $ 1,600,000 |
| Other income (expense) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Income (loss) before taxes | $ (833,098) | $ (943,515) | $ (952,675) | $ (863,645) | $ (1,026,388) | $ (977,824) | $ (884,232) | $ (758,789) | $ (707,961) | $ (373,997) | $ (614,981) | $ (690,770) | $ (9,627,873) |
| | | | | | | | | | | | | | |
| Income taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Other taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net income (loss) | $ (833,098) | $ (943,515) | $ (952,675) | $ (863,645) | $ (1,026,388) | $ (977,824) | $ (884,232) | $ (758,789) | $ (707,961) | $ (373,997) | $ (614,981) | $ (690,770) | $ (9,627,873) |

Exhibit C

000092