# EXHIBIT D

000093

Exhibit D

| In re Sotera Wireless, Inc., et al. (Bankr. S.D. Cal. 16-099568) Liquidation Analysis<br>$ in 000's | Book Value<br>Est. 03/01/17 A | | Recovery %<br>Low B | High C | Liquidation Value<br>Low | | High |
|---|---|---|---|---|---|---|---|
| **Total Cash and Short Term Investments** | $ 2,803 | D | 100.0% | 100.0% | $ 2,803 | $ | 2,803 |
| *Current Assets* | | | | | | | |
| Accounts Receivable | 1,306 | E | 50.0% | 75.0% | 653 | | 979 |
| Allowance for Doubtful Accounts | (57) | F | 0.0% | 0.0% | - | | - |
| Accounts Receivable Unbilled | 243 | G | 50.0% | 75.0% | 122 | | 182 |
| Accounts Receivable Other | 4 | E | 40.0% | 50.0% | 2 | | 2 |
| Contract Receivable | 73 | H | 95.0% | 100.0% | 69 | | 73 |
| Inventory | 1,945 | I | 10.0% | 15.0% | 195 | | 292 |
| Prepaids and Deposits | 1,872 | J | 0.0% | 0.0% | - | | - |
| Other Current Assets | 10 | J | 0.0% | 0.0% | - | | - |
| **Total Other Current Assets** | $ 5,397 | | 19.3% | 28.3% | $ 1,040 | $ | 1,528 |
| **Total Current Assets** | $ 8,200 | | 46.9% | 52.8% | $ 3,843 | $ | 4,331 |
| *Non-Current Assets (net)* | | | | | | | |
| Furniture & Fixtures | 143 | K | 10.0% | 15.0% | 14 | | 21 |
| Equipment | 614 | K | 10.0% | 20.0% | 61 | | 123 |
| Computer Hardware | 247 | K | 25.0% | 50.0% | 62 | | 124 |
| Computer Software | 47 | J | 0.0% | 0.0% | - | | - |
| Leasehold Improvements | 363 | J | 0.0% | 0.0% | - | | - |
| Other Assets | 36 | J | 0.0% | 0.0% | - | | - |
| Other Fixed Assets Retirement | (28) | J | 0.0% | 0.0% | - | | - |
| Fixed Asset Holding Account | 177 | K | 20.0% | 25.0% | 35 | | 44 |
| **Net Fixed Assets** | $ 1,598 | | 10.8% | 19.5% | $ 173 | $ | 312 |
| *Other Assets* | | | | | | | |
| Security Deposit | 73 | J | 0.0% | 0.0% | - | | - |
| Intangible - UMass License | 2,304 | L | 22.5% | 25.0% | 518 | | 576 |
| Accum. Amort. – UMass License | (445) | J | 0.0% | 0.0% | - | | - |
| **Total Other Assets** | $ 1,933 | | 26.8% | 29.8% | $ 518 | $ | 576 |
| **Total Balance Sheet Assets** | $ 11,730 | | 38.7% | 44.5% | $ 4,534 | $ | 5,219 |
| *Off Balance Sheet Assets* | | | | | | | |
| Intellectual Property / Patent Portfolio | | | M | | 2,000 | | 4,000 |
| **Total Off Balance Sheet Assets** | | | | | $ 2,000 | $ | 4,000 |
| **Total Assets** | | | | | $ 6,534 | $ | 9,219 |

| Liability Waterfall<br>$ Actual | Claims N | | Disbursement<br>Low | High |
|---|---|---|---|---|
| Secured Pre-Petition Lenders' Claim (excl. atty fees) | $ 15,086 | O | $ 6,534 | $ 9,219 |
| DIP Loan Claim (subject to the Professional Fee Carve Out) | 5,900 | O | - | - |
| Secured Tax Claims | - | | - | - |
| Other Secured Claims | 89 | | - | - |
| **Total Secured Claims** | $ 21,075 | | $ 6,534 | $ 9,219 |
| Administrative Expense Claims of Estate Professionals | $ 500 | P | | |
| Priority Claims | $ 123 | | - | - |
| General Unsecured Claims | 22,149 | | - | - |
| **Total Unsecured Claims** | $ 22,772 | | $ - | $ - |
| **Total Proceeds to Equity** | | | $ - | $ - |

**Notes to Liquidation Analysis:**
Note: Liquidation as of 03/01/17, changes in asset levels and claims may significantly alter the analysis
A  Balances based on 03/01/17 estimated balance sheet
B  Low recovery assumes a forced liquidation over a 30 day period. Assumes liquidation sale will be managed through a third party liquidation firm, with certain key management kept on retainer for a period of time
C  High recovery assumes a forced liquidation over a 60 to 90 day period. Assumes liquidation sale will be managed through a third party liquidation firm, with certain key management kept on retainer for a period of time
D  Est. balance as of 03/01/17 less cash collateralizing the credit card program and other obligations
E  Based on management estimates of recoverable A/R after offsets
F  Includes two bad debts, not anticipated to be collectable
G  Based on management estimates of recoverable A/R through revenue recognition program
H  Represents receivable from a military contract, believed to be highly recoverable
I   Management estimates on recovery value due to highly specialized nature, believed to be sold at scrap value
J  Management estimates no recovery value
K  Management estimates on recovery value of fixed assets
L  Represent current offer in place net of estimated fees & expenses
M  Est. liquidation value per Piper Jaffray estimates of IP sale excluding UMass license. Assumes liquidation sale will be managed through third party IP specialist
N  Unless otherwise indicated, the Claim amounts are based on the stated amounts on the proofs of claims of such Claims and Sotera's Schedules. Sotera continues to analyze and investigate all Claims asserted against it and reserves all rights to object to any Claim, including the amount of any Claim.
O  Est. balance as of 03/01/17.
P  Est. professional fees to be paid upon confirmation. Estimates provided by estate professionals.