Victor A. Vilaplana (CA Bar No. 58535)
vavilaplana@foley.com
Marshall J. Hogan (CA Bar No. 286147)
mhogan@foley.com
**FOLEY & LARDNER LLP**
Attorneys at Law
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Telephone: 858.847.6700
Facsimile: 858.792.6773

Attorneys for Debtors and
Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
### Southern District of California

| | |
|---|---|
| In Re:<br><br>Sotera Wireless, Inc.,<br><br>            Debtor.<br><br>---<br>Sotera Wireless, Inc.,<br><br>            Case No. 16-05968-LT11<br><br>Sotera Research, Inc.,<br><br>            Case No. 16-05969-LT11 | Lead Case No. 16-05968-LT11<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**Declaration of Jason Kao re Balance Sheet of Yonglin Biotech Corp**<br><br>Judge:    Hon. Laura S. Taylor |

I, Jason Kao, declare as follows:

1.      I am the Chairman of Yonglin Biotech Corp ("Yonglin"). I have personal knowledge of the facts contained herein, unless otherwise stated, and if called upon to testify, I could and would testify competently to the facts set forth in this declaration.

2.      I am the custodian of financial records at Yonglin and am generally familiar with the company's record-keeping system and books and records. I am responsible for the oversight and maintenance of the company's financial records.

3.      The balance sheet is a form used as a regular part of Yonglin's business. It is the company's practice to prepare a balance sheet documenting its

4825-4654-0102.1

assets and obligations in the course of making a loan.

4. A true and correct copy of the balance sheet in this case is attached as Exhibit A. The balance sheet was created from electronically-generated data taken from Yonglin's financial records.

5. I am familiar with Yonglin's financial records. The records accurately and completely represent the current state of the company's assets and obligations.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed this 16 day of April 2017, in San Diego, California.

_____Jason Kao_____

2

# EXHIBIT A

The conversion rate between the New Taiwan Dollar ("TWD") and the US Dollar ("USD") is currently 1 TWD = 0.33 USD.

# YONGLIN YONGLIN BIOTECH CORP.
## Statement of Financial Position



|  | TWD$ | |
| --- | ---: | ---: |
| English Account Names | 2017/01/31 | 2017/02/28 |
| Assets | | |
|   Current Assets | $1,545,350,774 | $1,418,376,974 |
|     Cash and Cash in Banks | 620,878,579 | 502,177,333 |
|     Net Receivables | 29,107,223 | 33,982,341 |
|     Other Receivables | 543,459,247 | 591,484,374 |
|     Inventories | 10,679,516 | 10,679,516 |
|     Prepayments | 225,912,306 | 163,475,591 |
|     Other Current Assets | 115,313,903 | 116,577,819 |
|   Non-Current Assets | 109,194,081 | 108,475,133 |
|     Financial Assets Carried at Cost | 100,000 | 100,000 |
|     Investments Accounted for Using Equity Method | 76,016,707 | 76,016,707 |
|     Net Fixed Assets | 23,159,351 | 22,672,346 |
|     Intangible Assets | 8,345,703 | 8,113,760 |
|     Miscellaneous Assets | 1,572,320 | 1,572,320 |
| Total Assets | 1,654,544,855 | 1,526,852,107 |
| Liabilities | | |
|   Current Liabilities | $175,092,204 | $69,136,171 |
|     Net Payables | 1,521,458 | 1,741,031 |
|     Other Payables | 172,480,150 | 66,549,921 |
|     Advance Receipts | 857,143 | 800,000 |
|     Other Current Liabilities | 203,682 | 15,448 |
|   Non-Current Liabilities | 29,771 | 29,771 |
|     Other Non-Current Liabilities | 29,771 | 29,771 |
| Total Liabilities | 175,092,204 | 69,136,171 |
| Stockholders' Equity | | |
|   Capital Stock | $1,015,982,320 | $1,015,982,320 |
|   Capital Surplus | 609,925,215 | 609,925,215 |
|   Retained Earnings | (145,834,392) | (167,571,107) |
|   Equity Adjustments | (620,492) | (620,492) |
| Total Stockholders' Equity | 1,479,452,651 | 1,457,715,936 |
| Total Liabilities and Stockholders' Equity | $1,654,544,855 | $1,526,852,107 |