1  VICTOR A. VILAPLANA (CA BAR NO. 58535)
   vavilaplana@foley.com
2  MARSHALL J. HOGAN (CA BAR NO. 286147)
   mhogan@foley.com
3  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
4  3579 VALLEY CENTRE DRIVE, SUITE 300
   SAN DIEGO, CA 92130
5  TELEPHONE:  858.847.6700
   FACSIMILE:  858.792.6773
6

7  ATTORNEYS FOR DEBTORS AND
   DEBTORS-IN-POSSESSION
8

9              **UNITED STATES BANKRUPTCY COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  IN RE: | LEAD CASE NO. 16-05968-LT11 |
| 12  SOTERA WIRELESS, INC., | CHAPTER 11 |
| 13             DEBTOR. | (JOINTLY ADMINISTERED) |
| 14 | **SUPPLEMENT TO DEBTORS' THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION** |
| 15  SOTERA WIRELESS, INC., | |
| 16       CASE NO. 16-05968-LT11 | |
| 17  SOTERA RESEARCH, INC., | |
| 18       CASE NO. 16-05969-LT11 | |

19

20     The above-captioned debtors and debtors-in-possession (the "Debtors,"

21  collectively, "Sotera") hereby file this Plan Supplement, as defined in the Debtors'

22  Third Amended Chapter 11 Plan of Reorganization (the "Plan").

23     Attached hereto as **<u>Exhibit 1</u>** is the Class 5 Promissory Note[1] pursuant to

24  section 1.19 of the Plan.

25     Attached hereto as **<u>Exhibit 2</u>** is the Amended Certificate of Incorporation

26  and Bylaws for the Reorganized Debtor pursuant to section 6.3 of the Plan.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

4851-9129-0184.3

Pursuant to section 6.10(b) of the Plan, the identities of the members of the initial Board of Directors for the Reorganized Debtor are as follows:

1. Thomas Watlington
2. Leonard Wu
3. Jason Kao
4. Francis Chen
5. Eric Horng
6. Charles Xie
7. Robert McNeil

Pursuant to the US Trustee Guidelines, Guideline 5 ¶ Q, the identities, qualifications, and compensation of the Reorganized Debtor's management personnel are as follows:

1. <u>Thomas Watlington (Chief Executive Officer)</u>

Mr. Watlington, whose experience in the medical device industry spans 28 years, joined Sotera Wireless as Chief Executive Officer in February 2006. During that year he served a dual role as President of Naviscan Pet Systems, a medical imaging company, before transitioning to a full-time position with Sotera Wireless in January 2007. For ten years prior to joining Sotera Wireless, Mr. Watlington served as Senior Vice President of Commercial Operations and later as Executive Vice President and Chief Operating Officer of Biosite Incorporated, a leader in the field of medical diagnostics. In addition, he spent fourteen years at Boehringer Mannheim Corporation in various sales, marketing and strategic roles, including Vice President of Marketing for the Diabetes Care division.

Mr. Watlington previously served on the board of Home Diagnostics, Inc., a public company in the field of diabetes monitoring that was acquired in June 2010 by Nipro Diagnostics. He received a bachelor of science degree from the University of Maryland. Mr. Watlington's salary will be $275,000.

2. <u>Carolyn Maduza (Interim Chief Financial Officer)</u>

Ms. Maduza has more than 20 years of successful experience in publicly traded and privately held companies with revenues ranging

2

4851-9129-0184.3

from start up to $100 million and multi-national in scope. Ms. Maduza's industry expertise includes medical diagnostics, biotech, healthcare IT and enterprise software. Her early career includes systems design, accounting and auditing (CPA), Wall Street corporate banking and investment banking. She has also served as Audit Committee Chair and Financial expert for various Boards of Directors in similar sectors. Most recently, Ms. Maduza consulted as strategist and interim Chief Financial Officer for Biomatrica, NanoCellect Biomedical, GenMark Diagnostics, and Helixis. Prior to consulting, Ms. Maduza served as Chief Operating Officer for Sidney Kimmel Cancer Center, Executive Vice President and Chief Financial Officer for Alteer Corporation and Senior Vice President and Chief Financial Officer for Stratagene.

Ms. Maduza holds a Master of International Management from the American Graduate School of International Management, a B.A., Business Administration, from the University of Wisconsin, Milwaukee and a Certified Public Accountant, State of Illinois. Ms. Maduza's salary will be $275,000.

3. <u>Rosemary Kennedy, PhD, RN, MBA, FAAN (Chief Nursing Officer)</u>

Prior to joining Sotera Wireless, Inc., Dr. Kennedy was President and CEO of eCare Informatics, and also Faculty at Thomas Jefferson University School of Nursing. Most recently Dr. Kennedy was Vice President of Health Information Technology at the National Quality Forum in Washington, DC. She has more than 30 years of expertise in the development and implementation of electronic health records with a focus on terminology, integration of evidence-based guidelines within the EHR, quality measurement, and clinical decision support. Ms. Kennedy's salary will be $275,000.

DATE: MAY 19, 2017                     FOLEY & LARDNER LLP

                                       BY: /S/ MARSHALL J. HOGAN
                                           MARSHALL J. HOGAN
                                       ATTORNEYS FOR DEBTORS AND
                                       DEBTORS-IN-POSSESSION

3

4851-9129-0184.3