Exhibit 1

# EXHIBIT 1

Exhibit 1

Exhibit 1

Dated:

## PROMISSORY NOTE

This Promissory Note is made as of _____ by Sotera Wireless, Inc., a reorganized debtor ("Sotera") pursuant to the confirmed plan of reorganization ("Plan") effective on _____.

Sotera promises to pay ("Creditor") on or before _____ the amount of $_____ plus interest of 8% per annum computed on the basis of a 360 day year and actual days elapsed.

This Note is subject to prepayment, in whole or in part, without payment of any premium or penalty.  If prepaid in part, interest after prepayment shall accrue only on the unpaid balance.

Presentment or endorsement of this check by Creditor or assignee constitutes agreement by Creditor that it will continue providing good or services to Sotera on the same terms as it did before September 30, 2017.

_____
President, Sotera

4817-7902-4199.1

Exhibit 1                                    000005