CSD 3010 [12/01/15]
Name, Address, Telephone No. & I.D. No.
Victor A. Vilaplana (SBN 58535) vavilaplana@foley.com
Marshall J. Hogan (SBN 286147) mhogan@foley.com
FOLEY & LARDNER LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA  92130
858-847-6700 / 858-792-6773 - Fax
Attorneys for Debtors & Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

SOTERA WIRELESS, INC.,

Debtor.

BANKRUPTCY NO. 16-05968-LT11  (Jointly Administered)

SOTERA WIRELESS, INC.

Case No. 16-05968-11

Chapter 11

v.

SOTERA RESEARCH, INC.

Case No. 16-05969-11

# PROOF OF SERVICE

I, __Vicki L. Goldsmith__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __May 19, 2017__, I served the following documents:

SUPPLEMENT TO DEBTORS' THIRD AMENDED CHAPTER 11 PLAN OF REORGANIZATION

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the documents) listed above will be served by the court via NEF and hyperlink to the document. On __May 19, 2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

SEE ATTACHED LIST

☐ Chapter 7 Trustee:

☒ For Chpt. 7, 11, & 12 cases:    ☐ For ODD numbered Chapter 13 cases:    ☐ For EVEN numbered Chapter 13 cases:

| | | |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

CSD 3010
4826-4932-2298.1


American LegalNet, Inc.
www.FormsWorkFlow.com

CSD 3010 [12/01/15] (Page 2)

2.    **Served by United States Mail or Overnight Mail**:

On _____,I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

3.    **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   May 19, 2017                          /s/ Vicki L. Goldsmith
                       (Date)                                      (Typed Name and Signature)

                                                          3579 Valley Centre Drive, Suite 300
                                                            (Address)

                                                          San Diego, CA  92130
                                                            (City, State, ZIP Code)

CSD 3010
4826-4932-2298.1


American LegalNet, Inc.
www.FormsWorkFlow.com

# Mailing Information for Case 16-05968-LT11

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Kathryn M.S. Catherwood    kcatherwood@foley.com, vgoldsmith@foley.com
- Shawn Christianson    schristianson@buchalter.com
- David Bruce Draper    ddraper@terralaw.com
- Victoria Foltz    vfoltz@cooley.com
- Gregory Fox    gfox@goodwinlaw.com
- Radmila A. Fulton    rafpacer@sbcglobal.net
- Lauren Nicole Gans    lgans@shensonlawgroup.com
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Michael Goldstein    mgoldstein@goodwinlaw.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, hill@sullivanhill.com;millerick@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hawkins@ecf.inforuptcy.com
- James P. Hill    Hill@sullivanhill.com, hawkins@sullivanhill.com;bkstaff@sullivanhill.com;vidovich@ecf.inforuptcy.com;hill@ecf.inforuptcy.com;millerick@sullivanhill.com
- Marshall Hogan    MHogan@foley.com, vgoldsmith@foley.com
- John W Holcomb    2jwh@knobbe.com, 2ceg@knobbe.com
- Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
- Stephen C. Jensen    2scj@knobbe.com
- Tobias Keller    tkeller@kellerbenvenutti.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, kristina.terlaga@procopio.com;calendaring@procopio.com
- Jane Kim    jkim@kellerbenvenutti.com
- Kendall Loebbaka    2kxl@knobbe.com
- J. Barrett Marum    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- Ali Matin    amatin@bmkattorneys.com, chowland@bmkattorneys.com
- Jennifer Nassiri    jnassiri@venable.com, bclark@venable.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Maria K. Pum    mpum@hcesq.com, jsinford@hcesq.com,cblaylock@hcesq.com
- Joseph R. Re    joe.re@knobbe.com
- United States Trustee    ustp.region15@usdoj.gov
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Karen Weil    karen.weil@knobbe.com
- Scott Weltman    sweltman@weltman.com
- David Wiechert    dwiechert@aol.com, jessica@davidwiechertlaw.com
- Lisa Yun    LYun@sheppardmullin.com, pchavez@sheppardmullin.com