CSD 3011 [03/01/15]

Name, Address, Telephone No. & I.D. No.

Jonathan S. Shenson (State Bar No. 184250)
jshenson@shensonlawgroup.com
Lauren N. Gans (State Bar No. 247542)
SHENSON LAW GROUP PC
1901 Avenue of the Stars, Suite 200, Los Angeles, CA 90067
310-400-5858

Order Entered on October 10, 2017 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>SOTERA WIRELESS, INC. / In re SOTERA RESEARCH, INC.<br>Debtor. | BANKRUPTCY NO. 16-05968/ 16-05969 |
| Plaintiff(s) | ADVERSARY NO. |
| v.<br>Defendant(s) | |

# SUBSTITUTION OF ATTORNEY
# AND ORDER THEREON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __1__ pages, is granted.

//

//

//

//

DATED: October 10, 2017

_[signature]_

Judge, United States Bankruptcy Court

CSD 3011

CSD 3011 [03/01/15](Page 2)
ORDER ON SUBSTITUTION OF ATTORNEY AND ORDER THEREON
DEBTOR: SOTERA WIRELESS, INC.                    CASE NO.: 16-05968
                                                 ADV. NO.:

1. The name of the party making this Substitution of Attorney is: Sotera Wireless, Inc., as Reorganized Debtor

2. The Present Attorney is substituted out as attorney or record.

   Specify name of Present Attorney: FOLEY & LARDNER LLP (including attys Victor Vilaplana and Marshall Hogan)

3. In place and stead of the Present Attorney, the Party's new legal representative will be:

   ☒ New Attorney      ☐ Party representing self.

4. The name, address and telephone number of the New Attorney are:

   Attorney Name: Jonathan S. Shenson & Lauren N. Gans    State Bar Number: 184250 & 247542
   Address: of Shenson Law Group PC
            1901 Avenue of the Stars, Suite 200, Los Angeles, CA 90067
   Telephone: 310-400-5858     Facsimile: 424-251-8361
   E-Mail (Optional): jshenson@shensonlawgroup.com & lgans@shensonlawgroup.com

5. New Attorney hereby appears in the following matters: ☒ Bankruptcy Case  ☐ The above Adversary Proceeding

I consent to this substitution.

Dated: 10/4/2017                                  _____
                                                  Signature of Party

Type Name of Party: Sotera Wireless, Inc., Reorganized Debtor, by Franis Chen, Chariman and Chief Executive Officer

I consent to this substitution.

Dated: 9/26/2017                                  _____
                                                  Signature of Present Attorney

Type Name of Present Attorney: Foley & Lardner LLP

I consent to this substitution. I am duly admitted to practice in this district.

Dated: 9/24/17                                    _____
                                                  Signature of New Attorney

Type Name of New Attorney: Shenson Law Group PC by Jonathan S. Shenson

**IMPORTANT NOTICE**

The filing of this Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

CSD 3011

Signed by Judge Laura Stuart Taylor October 10, 2017